GEOFFREY ROTWEIN (CA SBN 58176)
LAW OFFICES OF GEOFFREY ROTWEIN
400 Montgomery Street, Second Floor
San Francisco, California  94104
Telefacsimile: (415) 397-0862
Telephone: (415) 397-0860

Attorney for Plaintiff
JOSEPH ALEJANDRO ORTEGA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ALEJANDRO ORTEGA,<br><br>      Plaintiff,<br><br>vs.<br><br>KURT RODENSPIEL, *et al*,<br><br>      Defendants. | No.   CV 10-3239 EMC<br><br>**STIPULATION FOR ORDER STAYING INITIAL CASE MANAGEMENT CONFERENCE, ADR AND OTHER DEADLINES**<br>*(Proposed)*   ORDER<br><br>Current Hg./CMC Date:  11/3/10<br>Pretrial/Trial Dates:     Not Set<br>CTRM: C, Hon. Edward M. Chen |

**STIPULATION**

The parties hereby represent to the Court and stipulate as follows:

1. On July 23, 2010, plaintiff filed his Complaint herein for damages resulting from violation of plaintiff's civil rights under 42 U.S.C. § 1983, coupled with tort causes of action under California law for negligence, assault and battery, negligent training and supervision, negligent infliction of emotional distress and for civil rights violations under California Civil Code section 52.1.  The defendants are the San Mateo Police Department, the City of San Mateo and San Mateo Police Department Officer Kurt Rodenspiel.  (Hereafter all dates are in 2010.)

2. All defendants accepted service and on August 18, they filed an Answer.

3. The Court's Order Setting Initial Case Management Conference and ADR Deadlines issued July 23, setting October 13 for the meet and confer re initial disclosures, early settlement, ADR process selection and a discovery plan, to file the ADR Certification and either file a Stipulation to ADR process or a Notice for an ADR Phone Conference; October 27 as the last day

1   for the FRCP Rule 26(f) Report, to complete the initial disclosures and file a Case Management
2   Statement; and, November 3, for the Initial Case Management Conference.

3         4. Arising from the incident which is the basis for this civil action, Plaintiff was charged
4   with felony offenses against two San Mateo Police Officers for assault with a deadly weapon under
5   California Penal Code section 245 in the San Mateo County Superior Court, in action titled *People*
6   v. *Joseph Alejandro Ortega*, No. SC071032. The trial in this criminal case is currently set for
7   November 1.

8         5. Counsel for the parties have discussed this case and would like to postpone all dates set
9   by the Court on July 23 until the conclusion of the criminal case. Both counsel believe that the
10  outcome of the criminal case will have a significant bearing on how this civil action proceeds,
11  liability, discovery, ADR, and other pertinent aspects of pretrial proceedings and preparation for
12  trial. Both counsel believe that it is premature to address the matters required by this Court's July
13  23 Order until the criminal case is resolved, and also believe that discovery should proceed
14  pursuant to the criminal statutes instead of this civil action in order to avoid conflicts.

15        6. Therefore, it is requested that the Court stay the setting of Case Schedule dates and
16  deadlines until the conclusion of the criminal action. Plaintiff's counsel will immediately notify the
17  Court and defense counsel when the criminal case finally concludes.

18  DATED: September 11, 2010         /s/ Geoffrey Rotwein
                                      GEOFFREY ROTWEIN
19                                    Attorney for Plaintiff
                                      JOSEPH ALEJANDRO ORTEGA
20
                                      /s/ Jeffrey M. Vucinich
21                                    JEFFREY M. VUCINICH
                                      Attorney for Defendants
22                                    KURT RODENSPIEL, CITY OF
                                      SAN MATEO, SAN MATEO POLICE DEPARTMENT
23

24  ///
25  ///
26  ///
27  ///
28  ///

# ORDER

Pursuant to the above Stipulation by and between the parties, and good appearing therefor:

IT IS HEREBY ORDERED that the various present case management, ADR and discovery deadlines and dates set by this Court in its July 23, 2010 Order, are stayed until conclusion of the criminal case in the San Mateo County Superior Court, in action titled *People* v. *Joseph Alejandro Ortega*, No. SC071032. Plaintiff's counsel is ordered to advise this Court and defense counsel when the criminal case resolves ~~so that new dates can be reset by the Court~~ *

DATED: September 15, 2010

HON. EDWARD M. CHEN
MAGISTRATE/JUDGE
UNITED STATES DISTRICT COURT

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

*that the Case Management Conference is set for December 22, 2010 at 1:30 p.m. A joint cmc statement shall be filed by December 15, 2010.