| | |
|---|---|
| 1 | GEOFFREY ROTWEIN (CA SBN 58176) |
| | LAW OFFICES OF GEOFFREY ROTWEIN |
| 2 | 400 Montgomery Street, Second Floor |
| | San Francisco, California 94104 |
| 3 | Telefacsimile: (415) 397-0862 |
| | Telephone: (415) 397-0860 |
| 4 | |
| | Attorney for Plaintiff |
| 5 | JOSEPH ALEJANDRO ORTEGA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSEPH ALEJANDRO ORTEGA, | ) | No. CV 10-3239 EMC |
| | ) | |
| Plaintiff, | ) | **STIPULATION FOR ORDER** |
| | ) | **EXTENDING TIME FOR** |
| vs. | ) | **EXPERT DISCLOSURES** |
| | ) | **AND DEPOSITIONS** |
| KURT RODENSPIEL, *et al*, | ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

**STIPULATION**

The parties hereby represent to the Court and stipulate as follows:

In the Court's Second Amended Case Management Scheduling Order, filed and dated January 11, 2012 (Docket No. 29), this Court set February 10 and 24, 2012, for the parties to disclose experts and rebuttal experts, respectively, and the cutoff for expert depositions for March 16, 2012. At the Case Management Conference on January 11, 2012, the Court indicated that the parties could change discovery dates so long as it did not alter hearing, filing and other dates set by the Court.

Due to the late production on January 26, 2012 of approximately 5,000 pages of documents by defendant San Mateo Police Department, plaintiff's firearms expert needs additional time to review these documents in order to prepare and finalize his expert report required by Rule 26 of the Federal Rules of Civil Procedure. The late production of these documents was mentioned by plaintiff in the parties' Joint Case Management Conference Statement filed

December 30, 2011 (Docket No. 27).

The parties have met and conferred regarding an extension of the dates governing expert disclosures and depositions, and have agreed to a two week extension to the following new dates: the initial and rebuttal expert disclosures will be February 24 and March 9, 2012, respectively, and the cutoff for expert depositions will be March 30, 2012.

These new discovery dates do not effect the filing or hearing dates set by the Court for motions, hearings, pretrial conference and trial.

DATED: February 7, 2012
    /s/ Geoffrey Rotwein
GEOFFREY ROTWEIN
Attorney for Plaintiff
JOSEPH ALEJANDRO ORTEGA

    /s/ Patrick R. Co
PATRICK R. CO
Attorney for Defendants
KURT RODENSPIEL, CITY OF
SAN MATEO, SAN MATEO POLICE DEPARTMENT

**ORDER**

Pursuant to the above Stipulation by and between the parties, and good appearing therefor:

IT IS HEREBY ORDERED that a two week extension is granted for the parties to disclose their initial and rebuttal experts and to complete depositions of experts, as follows: initial and rebuttal expert disclosures will be February 24 and March 9, 2012, respectively, and the cutoff for expert depositions will be March 30, 2012. All other dates set by the Court will remain unchanged.

DATED: February 8, 2012

                                                                       HON. EDWARD M. CHEN
                                       DISTRICT MAGISTRATE
                                       UNITED STATES DISTRICT COURT

*IT IS SO ORDERED*
*Judge Edward M. Chen*