JEFFREY M. VUCINICH, ESQ.  BAR#: 67906
PATRICK R. CO, ESQ.  BAR #: 200160
CLAPP, MORONEY, BELLAGAMBA,
VUCINICH, BEEMAN and SCHELEY
A PROFESSIONAL CORPORATION
1111 Bayhill Drive, Suite 300
San Bruno, CA  94066
(650) 989-5400  (650) 989-5499 FAX

Attorneys for Defendants
KURT RODENSPIEL; SAN MATEO POLICE DEPARTMENT; and
CITY OF SAN MATEO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ALEJANDRO ORTEGA,<br><br>    Plaintiff,<br><br>v.<br><br>KURT RODENSPIEL; SAN MATEO POLICE DEPARTMENT; and CITY OF SAN MATEO, CALIFORNIA,<br><br>    Defendants. | CASE NO.:  CV10-03239 EMC<br><br>***AMENDED* STIPULATION AND [proposed] ORDER TO MODIFY THE DISPOSITIVE MOTION HEARING DATE AND BRIEFING SCHEDULE** |

The parties to this action (plaintiff Joseph Alejandro Ortega and defendants Kurt Rodenspiel, San Mateo Police Department, and City of San Mateo) by and through their attorneys of record, hereby stipulate to jointly request that the Court modify the schedule for the filing and hearing of summary judgment motions.  The parties agree to the continuance because plaintiff's criminal appeal is still pending.  The matter was submitted to the Apellate Court in January 2012 and plaintiff is still awaiting a decision.  Defendant's Motion for Summary Judgment is based in part on Heck v. Humphrey, 512 U.S. 477, 487-488, 114 S.Ct. 2364, 129 L. Ed. 2d 383 (1994), which necessarily relies on the finality of plaintiff's conviction in the criminal matter.

The parties previously submitted a stipulation and order to the court to modify the briefing schedule with a hearing date of May 18, 2012.  The court proposed a continuance of the trial date to

*AMENDED* STIPULATION AND [proposed] ORDER TO MODIFY
THE DISPOSITIVE MOTION HEARING DATE AND BRIEFING
SCHEDULE; CASE NO. C10-03239 EMC

G:\Data\DOCS\0160\04162\MSJ\Stip & Order Continue MSJ Hearing032312 (amended).wpd

September 4, 2012. To facilitate the party's clearance of the new proposed trial date with their calendars and witnesses calendars before agreeing to the new trial date, the parties stipulate to briefly continue the motion for summary judgment schedule as follows:

1. Opening and moving papers - Filed by March 26, 2012
2. Opposition papers - April 9, 2012
3. Reply papers -April 13, 2012
4. Hearing date - April 27, at 1:30 p.m.

IT IS SO STIPULATED BY THE PARTIES TO THIS ACTION.

DATED: March 23, 2012          LAW OFFICES OF GEOFFREY ROTWEIN

                               By: */S/*
                               ―――――――――――――――
                               GEOFFREY ROTWEIN
                               Attorney for Plaintiff
                               JOSEPH ALEJANDRO ORTEGA

DATED: March 23, 2012          CLAPP, MORONEY, BELLAGAMBA,
                               VUCINICH, BEEMAN and SCHELEY

                               By: */S/*
                               ―――――――――――――――
                               PATRICK R. CO
                               Attorneys for Defendants
                               KURT RODENSPIEL, SAN MATEO POLICE
                               DEPARTMENT, and CITY OF SAN MATEO

///
///
///
///
///

*AMENDED* STIPULATION AND [proposed] ORDER TO MODIFY
THE DISPOSITIVE MOTION HEARING DATE AND BRIEFING
SCHEDULE; CASE NO. C10-03239 EMC

2

G:\Data\DOCS\0160\04162\MSJ\Stip & Order Continue MSJ Hearing032312 (amended).wpd

# **ORDER**

PURSUANT TO THE STIPULATION AND GOOD CAUSE APPEARING HEREIN, IT IS ORDERED THAT:

The briefing schedule for dispositive motions, including any summary judgment motions shall be modified in the following manner:

1. Opening and moving papers - Filed by March 26, 2012
2. Opposition papers - April 9, 2012
3. Reply papers - April 13, 2012
4. Hearing date - April 27, at 1:30 p.m.

IT IS SO ORDERED.

Dated: March 23, 2012  By: _____



*AMENDED* STIPULATION AND [proposed] ORDER TO MODIFY THE DISPOSITIVE MOTION HEARING DATE AND BRIEFING SCHEDULE; CASE NO. C10-03239 EMC

3

G:\Data\DOCS\0160\04162\MSJ\Stip & Order Continue MSJ Hearing032312 (amended).wpd