JEFFREY M. VUCINICH, ESQ. BAR#: 67906
PATRICK R. CO, ESQ. BAR #: 200160
CLAPP, MORONEY, BELLAGAMBA,
VUCINICH, BEEMAN and SCHELEY
A PROFESSIONAL CORPORATION
1111 Bayhill Drive, Suite 300
San Bruno, CA 94066
(650) 989-5400 (650) 989-5499 FAX

Attorneys for Defendants
KURT RODENSPIEL; SAN MATEO POLICE DEPARTMENT; and
CITY OF SAN MATEO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ALEJANDRO ORTEGA,<br><br>Plaintiff,<br><br>v.<br><br>KURT RODENSPIEL; SAN MATEO POLICE DEPARTMENT; and CITY OF SAN MATEO, CALIFORNIA,<br><br>Defendants. | CASE NO.: CV10-03239 EMC<br><br>STIPULATION AND [proposed] ORDER TO CONTINUE TRIAL AND MODIFY THE DISPOSITIVE MOTION HEARING DATE AND BRIEFING SCHEDULE |

The parties to this action (plaintiff Joseph Alejandro Ortega and defendants Kurt Rodenspiel, San Mateo Police Department, and City of San Mateo) by and through their attorneys of record, hereby stipulate to jointly request that the Court continue the trial date in this matter and to modify the dispositive motion schedule. The parties agree to the continuance because plaintiff's criminal appeal is still pending. The matter was submitted to the Apellate Court in January 2012 and plaintiff is still awaiting a decision. Defendant's Motion for Summary Judgment is based in part on Heck v. Humphrey, 512 U.S. 477, 487-488, 114 S.Ct. 2364, 129 L. Ed. 2d 383 (1994), which necessarily relies on the finality of plaintiff's conviction in the criminal matter. The motion cannot be heard based on the Heck decision until the criminal conviction stands.

Currently, the trial in this matter is set for June 11, 2012. The parties stipulate to move the

STIPULATION AND [proposed] ORDER TO MODIFY THE
DISPOSITIVE MOTION HEARING DATE AND BRIEFING
SCHEDULE; CASE NO. C10-03239 EMC

G:\Data\DOCS\0160\04162\MSJ\Stip & Order Continue Trial and MSJ Hearing.wpd

1 new trial date to September 4, 2012, at 8:30am, and pre-trial conference on August 21, 2012 at
2 2:30pm.

3     The parties also jointly request that the Court modify the motion for summary judgment
4 briefing schedule as follows:

| | | | |
|---|---|---|---|
| 5 | 1. | Opening and moving papers | - Filed by April 15, 2012 |
| 6 | 2. | Opposition papers | - Filed by May 29, 2012 |
| 7 | 3. | Reply papers | - June 4, 2012 |
| 8 | 4. | Hearing date | - June 15, 2012, at 1:30 p.m. |

9 IT IS SO STIPULATED BY THE PARTIES TO THIS ACTION.

10

11 DATED: March 26, 2012         LAW OFFICES OF GEOFFREY ROTWEIN

12
                                       /S/
13                             By: _____
14                                  GEOFFREY ROTWEIN
                                 Attorney for Plaintiff
15                                  JOSEPH ALEJANDRO ORTEGA

16

17 DATED: March 26, 2012         CLAPP, MORONEY, BELLAGAMBA,
                                 VUCINICH, BEEMAN and SCHELEY
18

19                                        /S/
                            By: _____
20                                  PATRICK R. CO
                                 Attorneys for Defendants
21                                  KURT RODENSPIEL, SAN MATEO POLICE
                                 DEPARTMENT, and CITY OF SAN MATEO
22

23 ///
24 ///
25 ///
26 ///
27 ///
28

**STIPULATION AND [proposed] ORDER TO MODIFY THE DISPOSITIVE MOTION HEARING DATE AND BRIEFING SCHEDULE; CASE NO. C10-03239 EMC**     2     G:\Data\DOCS\0160\04162\MSJ\Stip & Order Continue Trial and MSJ Hearing.wpd

**ORDER**

PURSUANT TO THE STIPULATION AND GOOD CAUSE APPEARING HEREIN, IT IS ORDERED THAT:

The trial date is hereby continued from June 11, 2012 to September 4, 2012 at 8:30am. The pre-trial conference shall be on August 21, 2012 at 2:30pm.

The briefing schedule for dispositive motions, including any summary judgment motions shall be modified in the following manner:

| | | |
|---|---|---|
| 1. | Opening and moving papers | - Filed by April 15, 2012 |
| 2. | Opposition papers | - Filed by May 29, 2012 |
| 3. | Reply papers | - June 4, 2012 |
| 4. | Hearing date | -June 15, 2012, at 1:30 p.m. |

IT IS SO ORDERED.

Dated: March 26, 2012      By: 

STIPULATION AND [proposed] ORDER TO MODIFY THE
DISPOSITIVE MOTION HEARING DATE AND BRIEFING
SCHEDULE; CASE NO. C10-03239 EMC

3

G:\Data\DOCS\0160\04162\MSJ\St
ip & Order Continue Trial and
MSJ Hearing.wpd

***JOSEPH A. ORTEGA v. KURT RODENSPIEL, et al.***
Unites States District Court, Northern District of California Case C10-03239 EMC

**PROOF OF SERVICE - Civil**
[*Code of Civ. Proc. §§ 1011, 1013, 1031a, 2015.5*]

**METHOD OF SERVICE:**

☐ **By Personal Service**    ☐ **By Mail**    ☐ **By Overnight Delivery**
☐ **By Messenger Service**   ☐ **By Facsimile**   ☒ **By E-Mail/Electronic Transmission**

1. I am a citizen of the United States and am employed in the County of San Mateo, State of California. I am over the age of 18 years and not a party to the within action.

2. My place of employment is 1111 Bayhill Drive, Suite 300, San Bruno, CA 94066.

3. On the date set forth below, I caused to be served a true and correct copy of the document described as:

**STIPULATION AND [proposed] ORDER TO CONTINUE TRIAL AND MODIFY THE DISPOSITIVE MOTION HEARING DATE AND BRIEFING SCHEDULE**

4. I served the document on the persons below, as follows:

| | |
|---|---|
| Geoffrey Rotwein, Esq. (SB# 58176)<br>Law Offices of Geoffrey Rotwein<br>400 Montgomery Street, 2nd Floor<br>San Francisco, CA 94104<br>Tel: (415) 397-0860<br>Fax: (415) 397-0862<br>email: geoffrotwein@sbcglobal.net<br>***Attorneys for Plaintiff JOSEPH ALEJANDRO ORTEGA*** | |

5. The document was served by the following means (specify):

    a. ☐ **BY PERSONAL SERVICE.** I personally delivered the documents to the persons at the addresses listed in item 4. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

    b. ☐ **BY UNITED STATES MAIL.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 4 and (specify one):

        (1) ☐ deposited the sealed envelope with the United States Postal Services, with the postage fully prepaid.

|   |   |   |   |
|---|---|---|---|
| | (2) | ☐ | placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. |

I am resident or employed in the County where the mailing occurred. The envelope or package was placed in the mail at San Bruno, California, County of San Mateo.

    c.    ☐    **BY OVERNIGHT DELIVERY.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 4. I place the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

    d.    ☐    **BY MESSENGER SERVICE.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 4 and providing them to a professional messenger service for service.

    e.    ☐    **BY FAX TRANSMISSION.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed in item 4. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

    f.    ☒    **BY E-MAIL OR ELECTRONIC TRANSMISSION.** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the email addresses listed in item 4. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **(State)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ **(Federal)** I declare that I am employed in the offices of a member of the bar of this court at whose direction this service was made. I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 26, 2012, at San Bruno, California.

_____
Rosa Uribe

*Proof of Service - Civil*
*[Code of Civ.Proc. §§ 1011, 1013, 1013a, 2015.5]*

G:\Data\DOCS\0160\04162\POS (StipcontTD).wpd