# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ALEJANDRO ORTEGA,<br><br>　　Plaintiff,<br><br>vs.<br><br>KURT RODENSPIEL *et al.*,<br><br>　　Defendants. | Case No.: C-10-03239-YGR<br><br>**SCHEDULING AND PRETRIAL ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets and resets the following trial and pretrial dates:

**PRETRIAL SCHEDULE**

| | |
|---|---|
| DISCOVERY CUTOFF: | Completed |
| PRE-FILING CONFERENCE for Dispositive Motions: | April 13 at 2:00 p.m. |
| DISPOSITIVE MOTIONS[1] To Be Heard By: | July 10, 2012 or as set at Pre-filing Conference |
| JOINT PRETRIAL CONFERENCE STATEMENT: | August 3, 2012 |
| PRETRIAL CONFERENCE: | Wednesday, August 22, 2012 at 2:00 p.m. |
| TRIAL DATE: | Monday, September 4, 2012 at 8:30 a.m. (Jury Trial) |
| TRIAL LENGTH: | 10 days |

　　The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: March 30, 2012

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.