UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSEPH ALEJANDRO ORTEGA,**<br>   **Plaintiff,**<br>vs.<br>**KURT RODENSPIEL** *et al.***,**<br>   **Defendants.** | Case No.: 10-CV-03239 YGR<br><br>**ORDER DENYING REQUESTS TO SCHEDULE A SPECIAL CASE MANAGEMENT CONFERENCE** |

Both the Request to Schedule a Special Case Management Conference, Dkt. No. 65, and Defendants' Motion for Administrative Relief Seeking Special Case Management Conference to Reschedule Motions for Summary Judgment and Trial, Dkt. No. 66, are **DENIED**.

If, after Defendants' motion for summary judgment is fully briefed, the Court determines that resolution of the motion is dependent on the finality of Plaintiff's conviction, the Court will reconsider whether to modify the pretrial schedule and/or trial date.

This Order Terminates Docket Numbers 65 & 66.

**IT IS SO ORDERED.**

Dated: May 30, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**