**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JOSEPH ALEJANDRO ORTEGA,**<br><br>    **Plaintiff,**<br><br>    **vs.**<br><br>**KURT RODENSPIEL *et al.*,**<br><br>    **Defendants.** | **Case No.: 10-CV-03239 YGR**<br><br>**ORDER STAYING CASE PENDING RESOLUTION OF CRIMINAL APPEAL** |

The Court finds that arguments raised in Defendants' motion for summary judgment rely upon the finality of Plaintiff's conviction for assault with a deadly weapon. *See Heck v. Humphrey*, 512 U.S. 477 (1994).

Accordingly, this action is **STAYED** pending resolution of the state appellate review of Plaintiff's conviction.

All trial and pretrial dates are **VACATED**.

Within thirty days of the completion of state appellate review, the parties shall file a joint status report and request the case be scheduled for a case management conference.

**IT IS SO ORDERED.**

Dated: August 3, 2012

                                                    **YVONNE GONZALEZ ROGERS**
                                                  **UNITED STATES DISTRICT COURT JUDGE**