**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JOSEPH ALEJANDRO ORTEGA,**<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>**KURT RODENSPIEL** *et al.*,<br><br>　　　Defendants. | **Case No.: 10-CV-03239 YGR**<br><br>**JUDGMENT** |

　　　The issues in this action having been duly considered and the Court having granted Defendants' Motion for Summary Judgment, it is **ORDERED, ADJUDGED AND DECREED** that this action is **DISMISSED WITH PREJUDICE**. **JUDGMENT** is **ENTERED** in favor of Defendants and against Plaintiff who shall take nothing by way of his complaint.

　　　**IT IS SO ORDERED.**

Dated: March 7, 2013

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**